UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 25-58901-PMB |
| DAVID JERELL JAMES, | * | |
| | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**DEBTOR'S AMENDMENT TO CHAPTER 13 SCHEDULES**

Comes Now, David Jerell James, Debtor, and amends his Chapter 13 Schedules per the following:

1. Debtor amends Schedule A/B as attached.
2. Debtor amends the Declaration of Schedules and Summary of Schedules as attached.

WHEREFORE, Debtor prays that this Amendment be allowed, that the Trustee withdraws any objection(s) and for such other and further relief as the Court deems appropriate and just.

This the 27th day of October, 2025.

Respectfully Submitted,

Law Office of Stanley J. Kakol, Jr., LLC
/S/Stanley J. Kakol, JR.
Stanley J. Kakol, Jr. GBN 406060
Attorney for Debtor
5353 Fairington Road
Suite C
Lithonia, Georgia 30038

**Fill in this information to identify your case and this filing:**

Debtor 1: **David Jerell James**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number: 25-58901

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☒ Yes. Where is the property?

1.1
**7981 Nolan Trail**
Street address, if available, or other description

**Snellville**   **GA**   **30039-0000**
City    State    ZIP Code

**DeKalb**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Cost of Sale $39,950**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$399,500.00**    **$399,500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**   **$399,500.00**

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  **David Jerell James**  Case number *(if known)* **25-58901**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **Dodge**
        Model: **Charger**
        Year: **2022**
        Approximate mileage: **41,100**
        Other information:

   **Who has an interest in the property?** Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  **$28,068.00**
   Current value of the portion you own?  **$28,068.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$28,068.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   **Household Goods and Furnishings**   $1,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   **Electronics**   $350.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No

Debtor 1   **David Jerell James**                                                     Case number *(if known)*   **25-58901**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Clothes** | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................    **$2,150.00**

| Part 4: | Describe Your Financial Assets |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..............................................................................................

    **Cash**                                                                                              **$0.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                           Institution name:

    | 17.1. | **Checking** | **PNC Bank** | $138.00 |
    | 17.2. | **Checking** | **Navy Federal Credit Union** | $0.00 |
    | 17.3. | **Savings** | **Navy Federal Credit Union** | $0.00 |
    | 17.4. | **Savings** | **American Express** | $1.00 |

Official Form 106A/B                        Schedule A/B: Property                                  page 3

| Debtor 1 | David Jerell James | Case number *(if known)* | 25-58901 |

17.5. **Other financial account** — Zelle — $0.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:    Institution name:
    **401(k)**    **401K**    $0.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | **David Jerell James** | Case number *(if known)* | **25-58901** |
|---|---|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   
   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes. Describe each claim.........

   | **Personal Injury Lawsuit**<br>**Represented by Burton/Surya** | $0.00 |
   |---|---|
   | **Personal Injury Lawsuit**<br>**Represented by My 25% Lawyer** | $0.00 |
   | **Workers Comp Claim**<br>**Represented by Morgan & Morgan** | $0.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................................** | **$139.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| Debtor 1 | **David Jerell James** | Case number *(if known)* | **25-58901** |
|---|---|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ■ No. Go to Part 6.

    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.

    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No

    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................. | | **$399,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | $28,068.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $2,150.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $139.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $30,357.00 | Copy personal property total  **$30,357.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$429,857.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Jerell James** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number: 25-58901
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................................... $ **399,500.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ **30,357.00**

   1c. Copy line 63, Total of all property on Schedule A/B.................................................................. $ **429,857.00**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*     $ **306,739.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..............................     $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................     $ **21,678.00**

   **Your total liabilities** $ **328,417.00**

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*..................................................................     $ **6,166.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..............................................................................     $ **4,685.00**

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 1 of 2

| Debtor 1 | David Jerell James | Case number *(if known)* | 25-58901 |
|---|---|---|---|

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ _____ 8,308.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David Jerell James** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 25-58901 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ David Jerell James            *David Jerell James*
**David Jerell James**                Signature of Debtor 2
Signature of Debtor 1

Date  **October 10, 2025**          Date _____

Official Form 106Dec         Declaration About an Individual Debtor's Schedules

## CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
DQVNT-Z4HCC-NNEKV-WU6OI

**DOCUMENT COMPLETED BY ALL PARTIES ON**
27 OCT 2025 19:02:34
UTC

**SIGNER**

**DAVID JERELL JAMES**

**TIMESTAMP**

SENT
27 OCT 2025 18:33:11

VIEWED
27 OCT 2025 19:00:20

SIGNED
27 OCT 2025 19:02:34

**SIGNATURE**

*David Jerell James*

IP ADDRESS
172.56.69.177

LOCATION
RIVERDALE, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
27 OCT 2025 19:00:20

Signed with PandaDoc

PAGE 1 OF 1



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 25-58901-PMB |
| DAVID JERELL JAMES, | * | |
| | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October 2025, I electronically filed the foregoing **Debtor's Amendments to Chapter 13 Schedules** for its approval using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

David Jerell James
7981 Nolan Trail
Snellville, GA 30039

Melissa J. Davey
Standing Chapter 13 Trustee
233 Peachtree Street NE
Suite 2250
Atlanta, GA 30303

All creditors and parties of interest in the attached matrix

This Monday, October 27, 2025.

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
Law Office of Stanley J. Kakol, Jr., LLC
5353 Fairington Road
Suite C
Lithonia, GA 30038
(770) 800-0440

```
Label Matrix for local noticing         ADLP Investments, LLC                  (p)ATLAS ACQUISITIONS LCC
113E-1                                  544 Mulberry Street                    492C CEDAR LANE SUITE 442
Case 25-58901-pmb                       Macon, GA 31201-2770                   TEANECK NJ 07666-1713
Northern District of Georgia
Atlanta
Mon Oct 27 15:57:12 EDT 2025

(p)CAINE & WEINER COMPANY               Capital One                            Cobb, Olson & Andrle, LLC
12005 FORD ROAD 300                     Attn: Bankruptcy                       500 Sugar Mill Road
DALLAS TX 75234-7262                    P.O. Box 30285                         Suite 160-B
                                        Salt Lake City, UT 84130-0285          Atlanta, GA 30350-6436


Credit Coll                             Melissa J. Davey                       Discover Financial
Attn: Bankruptcy                        Standing Chapter 13 Trustee            Attn: Bankruptcy
725 Canton Street                       Suite 2250                             Po Box 3025
Norwood, MA 02062-2679                  233 Peachtree Street NE                New Albany, OH 43054-3025
                                        Atlanta, GA 30303-1509


(p)EMPOWER FINANCE  INC                 Exeter Finance LLC                     Raquel Felix
9169 W STATE ST                         Attn: Bankruptcy                       Hill Wallack
#499                                    Po Box 166008                          261 Madison Avenue
GARDEN CITY ID 83714-1733               Irving, TX 75016-6008                  9th Floor - Ste 940-941
                                                                               New York, NY 10016-2303


Georgia Department of Revenue           Heritage Property Management           Internal Revenue Service
2595 Century Parkway NE                 500 Sugar Mill Road                    P.O. Box 7346
Suite 339                               Suite 200B                             Philadelphia, PA 19101-7346
Atlanta, GA 30345-3173                  Atlanta, GA 30350-2887


David Jerell James                      (p)JEFFERSON CAPITAL SYSTEMS LLC       Stanley J. Kakol Jr.
7981 Nolan Trail                        PO BOX 7999                            The Law Offices of Stanley J. Kakol, Jr.
Snellville, GA 30039-5756               SAINT CLOUD MN 56302-7999              5353 Fairington Road
                                                                               Suite C
                                                                               Lithonia, GA 30038-1164


NCB Management Services, Inc.           NCSPlus Incorporated                   Natalia James
One Allied Drive                        Attn: Bankruptcy                       7981 Nolan Trail
Trevose, PA 19053-6945                  117 East 24th Street, 5th Floor        Snellville, GA 30039-5756
                                        New York, NY 10010-2937


Navy Federal Credit Union               NewRez LLC dba Shellpoint Mortgage Servicing   Norris Reserve Community
Attn: Bankruptcy                        P.O. Box 10826                         500 Sugar Mill Road
Po Box 3302                             Greenville, SC 29603-0826              Suite 160-B
Merrifield, VA 22119-3302                                                      500 Sugar Mill Road, Suite 160-B
                                                                               Atlanta, GA 30350-6436


Nr/sms/cal                              Regional Acceptance Company            Regional Acceptance Corporation
601 Office Center Dr                    Attn: Bankruptcy                       P.O. Box 1847
Fort Washington, PA 19034-3275          1424 E. Firetower Road                 Wilson, NC 27894-1847
                                        Greenville, NC 27858-4105


Santander Consumer USA, Inc.            Santander Consumer Usa                 Scolopax, LLC
d/b/a Chrysler Capital                  Attn: Bankruptcy                       C/O Weinstein & Riley, P.S.
P.O. Box 961275                         Po Box 961211                          749 GATEWAY, SUITE G-601
Fort Worth, TX 76161-0275               Fort Worth, TX 76161-0211              ABILENE, TX 79602-1196
```

```
Trueaccord C                              (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP    United States Attorney
16011 College Blvd                        ATTN ROBERT ZAYAC                                Northern District of Georgia
Lenexa, KS 66219-1366                     40 MARIETTA ST SUITE 300                         75 Ted Turner Drive SW, Suite 600
                                          ATLANTA GA 30303-2812                            Atlanta GA 30303-3309
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlas Acquisitions LLC                    (d)Atlas Acquisitions LLC                       Caine & Weiner
Attn: Avi Schild                          on behalf of UHG I LLC                          Attn: Bankruptcy
492C Cedar Lane, Ste 442                  492C Cedar Lane, Ste 442                        5805 Sepulveda Blvd 4th Floor
Teaneck, NJ 07666                         Teaneck, NJ 07666                               Sherman Oaks, CA 91411


Empower Cash Advance                      Jefferson Capital Systems, LLC                  U.S. Department of Housing and Urban Develop
Attn: Bankruptcy                          PO BOX 7999                                     77 Forsyth Street SW
660 York St Ste 102                       SAINT CLOUD, MN 56302-9617                      Atlanta, GA 30303
San Francisco, CA 94110
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)NewRez LLC d/b/a Shellpoint Mortgage Servi        End of Label Matrix
                                                     Mailable recipients    32
                                                     Bypassed recipients     1
                                                     Total                  33
```